**Order entered August 26, 2019**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00302-CV

### IN RE DAVID R. BARNES, RELATOR

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-11126**

## ORDER

WE REINSTATE this proceeding. On June 19, 2019, pursuant to rule 7.2(b) of the Texas Rules of Appellate Procedure, we abated this case for the current judge of the 302nd District Court, the Honorable Sandra Jackson, to reconsider temporary orders issued on December 21, 2018, by the predecessor judge in the 302nd District Court. On August 16, 2019 relator filed a status letter enclosing Judge Jackson's order affirming the December 21, 2018 temporary orders.

In light of our August 21, 2019 order, the sealed, supplemental reporter's record, for this court's in camera review is due September 3, 2019.

/s/    DAVID L. BRIDGES
JUSTICE